## Hodge v. Commonwealth.

(Decided June 8, 1923.)

### Appeal from Daviess Circuit Court.

Criminal Law—Court of Appeals has no Jurisdiction, where Judgment Imposed $50.00 Fine and 30 Days' Imprisonment.—Under Criminal Code of Practice, section 347, authorizing an appeal, where the judgment imposes a fine in excess of $50.00 or imprisonment for more than 30 days, the Court of Appeals must dis-

miss an appeal where the judgment imposed a fine of $50.00 and 30 days' imprisonment in jail.

LOUIS I. IGLEHEART for appellant.

T. B. McGREGOR, Attorney General, and LILBURN PHELPS, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE SAMPSON— Dismising the appeal.

The judgment from which appellant Hodge attempts to appeal is one imposing a fine of fifty ($50.00) dollars and thirty (30) days in jail for transporting liquor.

Under the provisions of section 347, Criminal Code, we cannot entertain an appeal where the judgment does not exceed a fine of fifty dollars or a jail sentence of thirty days, nor where the judgment, as in this case, fixes the punishment at a fine of fifty ($50.00) dollars and thirty days in jail. This court is without jurisdiction. Fields v. Commonwealth, 199 Ky. 144; Deskins v. Childers, 195 Ky. 209.

Appeal dismissed.